UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re-:

                                                        ORDER
                                                        1:19-cv-00288-JBW

        ANGELO EFTHIMIATOS


-----------------------------------------------------X
**Jack B. Weinstein, Senior United States District Judge**

        The court has Angelo Efthimiatos' petition for a writ of habeas corpus. The clerk of court shall file and docket under a new index number without payment of fees.

        The United States Attorney shall respond within 40 days.

                                                                                    SO ORDERED:

                                                                                    /s/ Jack B. Weinstein
                                                                                    JACK B. WEINSTEIN
                                                                                    SR. UNITED STATES DISTRICT JUDGE

Dated: 1/15/19

