UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                                                           1:19-cv-00288(JBW)

ANGELO EFTHIMIATOS,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Gillian Kassner from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Gillian Kassner
> United States Attorney's Office (Criminal Division)
> 271 Cadman Plaza East
> Brooklyn, New York 11201
> Tel:  (718) 254-6224
> Fax: (718) 254-6076
> Email: gillian.kassner@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Gillian Kassner at the email address set forth above.

Dated: Brooklyn, New York
February 11, 2019

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Gillian Kassner
Gillian Kassner
Assistant U.S. Attorney

cc: Clerk of the Court (JBW)