

CLERK OF U.S. DISTR... COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300
NEW YORK
NY 100
16 JAN '19
PM 9 L
neopost
01/16/2019
US POSTAGE $000.47
FIRST-CLASS MAIL
ZIP 11201
041M11271726
LEGAL MAIL OPEN ONLY
IN PRESENCE OF INMATE
Angelo Efthimiatos
# 13900030
NIXIE 641 DC 1 0001/24/19
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 11201183299 *2160-05756-24-22

CLERK OF U.S. DISTR... COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NY 100
16 JAN '19
PM 9 L

neopost
01/16/2019
US POSTAGE $000.47
ZIP 11201
041M11271726

LEGAL MAIL OPEN ONLY
IN PRESENCE OF INMATE

SWSO

Angelo Efthimiatos
# 13900030
LEAVENWORTH
U.S. PENITENTIARY
P.O. BOX 1000
LEAVENWORTH, KS 66048

USP/CP LEAVENWORTH
RETURN TO SENDER
INMATE NOT AT THIS INSTITUTION
NO AUTHORIZATION ON FILE
UNIDENTIFIABLE CONTENTS
UNABLE TO IDENTIFY INMATE
NOT AUTHORIZED PER IS

Case 1:19-cv-00288-JBW Document 2 Filed 01/15/19 Page 1 of 1 PageID #: 35

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 08 2019 ★
BROOKLYN OFFICE

Return Mail Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
In Re-:

ANGELO EFTHIMIATOS

-----------------------------------------------X

ORDER
1:19-cv-00288-JBW

**Jack B. Weinstein, Senior United States District Judge**

The court has Angelo Efthimiatos' petition for a writ of habeas corpus. The clerk of court shall file and docket under a new index number without payment of fees.

The United States Attorney shall respond within 40 days.

SO ORDERED:

/s/ Jack B. Weinstein

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 1/15/19

