**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 12 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANGELO EFTHIMIATOS,

    Petitioner,

– against –

UNITED STATES OF AMERICA,

    Respondent.

ORDER

19-cv-288

---

**Jack B. Weinstein, Senior United States District Judge:**

Petitioner seeks a remedy under 28 U.S.C. § 2241 on the ground that he was wrongly convicted in Vermont. The case is transferred to the federal district court of Vermont.

The clerk of the federal district court of the Eastern District of New York shall transfer the case to the federal district court of Vermont. Notify petitioner by letter.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: March 11, 2019
      Brooklyn, New York

